Eastern District of Kentucky
FILED
MAR 0 3 2004
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

CHARLOTTE TURPIN )
)
PLAINTIFF )
)
v. ) CIVIL ACTION NO. C4-102-JMH
)
)
WAL-MART STORES, INC. )
)
DEFENDANT )

## PETITION FOR REMOVAL

Defendant, Wal-Mart Stores, Inc., by counsel, gives notice of removal of this action to this Court pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446 and respectfully states as follows:

1. Plaintiff Charlotte Turpin filed this action on February 12, 2004, and it is now pending in Madison Circuit Court, Division II, Civil Action No. 04-CI-189. Turpin is the Plaintiff. She named Wal-Mart Stores, Inc. d/b/a Wal-Mart Stores, Inc. #719 as the Defendant. Copies of the Summons and Complaint served upon Wal-Mart are attached as Exhibit "A." No further proceedings have taken place.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 1332(a) and (c). It may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441, in that this is a civil action arising under a law of the United States. It may also be removed because diversity of citizenship exists between the parties and that Plaintiff has alleged damages exceeding the jurisdictional amount, though liability and damages are adamantly denied by Defendant.

3. The Complaint alleges a cause of action for a violation of "Federal Wage and Hour Laws," Fair Labor Standards Act, 29 U.S.C. § 216(b), and for age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.*, and the Kentucky Civil Rights Act, as well as claims for intentional infliction of emotional distress, breach of contract, and wrongful termination of employment.

4. According to Plaintiff's employment records, Plaintiff is now and was at the time of commencement of this action a citizen of the Commonwealth of Kentucky.

5. In accordance with 28 U.S.C. § 1332(c)(1), the Defendant is now and was at the time of the commencement of this action a citizen of the State of Delaware, where it was incorporated, and the State of Arkansas, where it has its principal place of business in Bentonville.

6. According to her Complaint, Plaintiff seeks damages that appear to be in excess of $75,000, thereby establishing a matter in controversy in excess of the jurisdictional amount as required by 28 U.S.C. §1332(a), although Defendant disputes liability for and the amount of such damages.

7. This Notice of Removal is timely filed with this Court as required by 28 U.S.C. §1446(b) within thirty (30) days after receipt by Defendant Wal-Mart on February 13, 2004, of the Summons and Complaint.

8. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law.

9. A true and correct copy of this Notice of Removal will be filed with the Clerk of Madison Circuit Court as required by law.

10. A true and correct copy of all process, pleadings, exhibits, and orders served upon Defendant in this action is attached.

**WHEREFORE,** Defendant Wal-Mart Stores, Inc., by counsel, requests that this action be removed from the Circuit Court of Madison County, Kentucky to this Court for all further proceedings.

Respectfully submitted,

_____
Kathryn A. Quesenberry
Elizabeth N. Monohan
WOODWARD, HOBSON & FULTON, L.L.P.
2500 National City Tower
Louisville, Kentucky 40202
Telephone: (502) 581-8000
Facsimile: (502) 581-8111
*Counsel for Defendant, Wal-Mart Stores, Inc.*

STATE OF KENTUCKY )
) SS
COUNTY OF JEFFERSON )

    Elizabeth N. Monohan, having been duly sworn, deposes and says that she is counsel for Wal-Mart Stores, Inc., in the above matter, and that the foregoing notice is true and correct to the best of her information, belief, and experience as an attorney.

                                                                        _____
                                                                        Elizabeth N. Monohan

SUBSCRIBED TO AND SWORN TO before me this 2nd day of ~~February~~ March, 2004, by Elizabeth N. Monohan.

My Commission Expires: June 26, 2005

                                      _____
                                      NOTARY PUBLIC

## CERTIFICATE OF SERVICE

    It is hereby certified that a copy of the foregoing Petition for Removal was mailed this 2nd day of ~~February~~ March, 2004 to the following:

Thomas E. Carroll
51 Court Street
Monticello, Kentucky 42633

                                                                _____
                                                                Elizabeth N. Monohan