UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ~~LONDON~~ Lexington

Eastern District of Kentucky
FILED
MAR 7 - 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CHARLOTTE TURPIN )
)
PLAINTIFF )
)
VS. ) CIVIL ACTION NO. 04-102-JMH
)
WAL-MART STORES, INC. )
)
DEFENDANT )

\* \* \* \* \* \* \*

## MOTION TO FILE AMENDED COMPLAINT

Comes now the Plaintiff, by counsel, and moves this honorable court for leave to file an amended complaint. In support of Plaintiff's motion, counsel attaches hereto her memorandum.

CARROLL & TURNER, P.S.C.
ATTORNEYS AT LAW
51 COURT STREET
MONTICELLO, KY 42633
(606) 348-9767

BY: _____
THOMAS E. CARROLL
MICHAEL A. RAINS
ATTORNEY FOR PLAINTIFF

## CERTIFICATE

I hereby certify a true and correct copy was served upon the defendant by mailing same to Hon. Elizabeth N. Monohan, Woodward Hobson & Fulton, 101 South Fifth Street, 2500 National City Tower, Louisville, KY 40202-3175, on this 3 day of March, 2005.


Scanned



THOMAS E. CARROLL
MICHAEL A. RAINS
ATTORNEY FOR PLAINTIFF